■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE COLEMAN, Appellant. [677 NYS2d 800] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered May 14, 1997, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to disprove the defendant's claim that he acted as agent of an undercover police officer while purchasing and selling narcotics (*see, People v Herring*, 83 NY2d 780). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]). Bracken, J. P., Rosenblatt, Ritter and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE COLLINS, Appellant. [677 NYS2d 509] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 14, 1997 (*People v Collins*, 238 AD2d 435), affirming a judgment of the Supreme Court, Kings County, rendered June 13, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., O'Brien, Thompson and Goldstein, JJ., concur.